IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALTER ANDERSON, Inmate #A56017, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 09-cv-307-DRH |
| ) | |
| ROGER WALKER, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim upon which relief may be granted.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

November 30, 2009                                    By:   /s/   DavidRHerndon
*Date*                                                                  *Chief Judge*